# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141031 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC:  141031
COA:  296313
Macomb CC:  08-001853-FH

STEPHEN FRANK HEYZA,
      Defendant-Appellant.

_____/

By order of September 9, 2010, the prosecuting attorney was directed to answer the application for leave to appeal the March 23, 2010 order of the Court of Appeals.  On order of the Court, the answer having been received, the application for leave to appeal is again considered and, it appearing to this Court that the cases of *People v Likine* (Docket No. 141154), *People v Parks* (Docket No. 141181), and *People v Harris* (Docket No. 141513) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2010

Clerk

p1027